IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| YEKEEN A. BELLO, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. AMD 03-CV-493 |
| BANK OF AMERICA CORPORATION, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DISCLOSURE OF CORPORATE INTEREST**

Clerk:

Pursuant to Local Rule 103.3, we certify as counsel in Civil Action No. AMD 03-CV-493 that Bank of American Corporation (the "Bank") has a large number of affiliates. The Bank would be happy to provide the Court a list of those affiliates should the Court desire it to do so. No corporation, unincorporated association, partnership, or other business entity, not a party to the case, has a financial interest in the outcome of this litigation.

Respectfully submitted,

/s/
Douglas M. Topolski
(Federal Bar No. 07844)

/s/
Elena D. Marcuss
(Federal Bar No. 25547)
McGuireWoods LLP
Seven St. Paul Street, Suite 1000
Baltimore, Maryland 21202
(410) 659-4400

Attorneys for Defendant
Bank of America Corporation

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of May, 2003, a copy of the foregoing Disclosure of Corporate Interest, which was electronically filed in this matter on May 29, 2003, was mailed, first-class, postage prepaid to:

>Fatai A. Suleman, Esquire
>Amorow & Kum, P.A.
>7676 New Hampshire Avenue, Suite 315
>Takoma Park, Maryland  20912

>_____/s/_____
>Elena D. Marcuss

LAB\#374032