IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| YEKEEN A. BELLO, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. AMD 03-CV-493 |
| BANK OF AMERICA CORPORATION, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STATUS REPORT**

Defendant Bank of America Corporation, through undersigned counsel and pursuant to the Court's Scheduling Order dated June 2, 2003, respectfully submits this Status Report and states as follows:

a. <u>Discovery</u>: Defendant's discovery is complete. As the discovery deadline is today, discovery is over.

b. <u>Pending Motions</u>: No motions are currently pending. However, Defendant understands that Plaintiff intends to file a motion for extension of the discovery deadline today. Defendant would oppose any such motion.

c. <u>Intent to File Motions</u>: Defendant intends to file a motion for summary judgment in this matter.

d. <u>Trial</u>: Should it be necessary, this case will be tried before a jury. Defendant estimates that any trial of this matter would take approximately two days.

e. <u>Settlement Discussions</u>: On Friday, October 3, 2003, in the offices of McGuireWoods LLP and following Plaintiff's deposition, Fatai Suleman, Douglas Topolski, and

-2-

Elena Marcuss discussed whether settlement of this matter might be possible. Mr. Suleman promised to present the Bank with a settlement offer. To date, no such offer has been tendered.

    f.   <u>Reference to a Magistrate</u>: Defendant does not believe that reference to a magistrate would be fruitful at this point. However, it will revisit this matter should its motion for summary judgment be denied.

    g.   <u>Consent to Proceed before a Magistrate</u>: Defendant would prefer that this matter be heard by the Court and, therefore, does not consent at this time to proceed before a United States Magistrate Judge.

    h.   <u>Other Matters</u>: Defendant is not aware of any other matters that should be brought to the Court's attention at this time.

    Respectfully submitted,

    /s/
    Douglas M. Topolski
    (Federal Bar No. 07844)

    /s/

    Elena D. Marcuss
    (Federal Bar No. 25547)
    McGuireWoods LLP
    Seven St. Paul Street, Suite 1000
    Baltimore, Maryland 21202
    (410) 659-4400

    Attorneys for Defendant
    Bank of America Corporation

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of October, 2003, a copy of the foregoing Status Report, which was electronically filed in this matter on October 14, 2003, was mailed, first-class, postage prepaid to:

>Fatai A. Suleman, Esquire
>Amorow & Kum, P.A.
>7676 New Hampshire Avenue, Suite 315
>Takoma Park, Maryland  20912

>/s/
>Elena D. Marcuss

\\LAB\#405637