IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| YEKEEN A. BELLO : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil No.: AMD-03-CV-493 |
| : | |
| BANK OF AMERICA CORPORATION : | |
| : | |
| Defendant. : | |

**PLAINTIFF'S STATUS REPORT**

I.    Status of Discovery: Plaintiff's discovery has not been completed. Plaintiff has filed a Motion to extend the discovery deadline to complete discovery.

II.   Pending Motions: Plaintiff's motion to extend discovery deadline filed today, October 15, 2003.

III.  Dispositive Motions: Plaintiff does not intend to file any dispositive pretrial motion.

IV.   Length of Trial: Plaintiff anticipates a three-day jury trial.

V.    Settlement: The parties's counsel briefly discussed settlement before Plaintiff's counsel received Defendant's discovery responses. It is anticipated that Plaintiff will make a settlement offer to Defendant shortly.

VI.   Alternative Dispute Resolution: The parties have not agreed to alternative dispute resolution.

VII.  Trial by Magistrate: The parties do not consent to trial by a magistrate judge.

VIII. Other Outstanding Issues: None at this time.

Respectfully submitted,

_____
Fatai A. Suleman, Esquire
Bar #: 14431
AMOROW & KUM, P.A.
7676 New Hampshire Avenue
Suite 315
Takoma Park, MD 20912.
Phone: 301 - 445 - 7800
Fax: 301 - 408 - 0015.

Plaintiff's Attorney.