IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| YEKEEN A. BELLO, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. AMD 03-CV-493 |
| BANK OF AMERICA CORPORATION, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR SUMMARY JUDGMENT

Defendant Bank of America Corporation (the "Bank"), through undersigned counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully moves for an Order granting summary judgment in favor of the Bank and against Plaintiff in the above-captioned matter. The grounds in support of this Motion are fully set forth in the Memorandum in Support of this Motion with exhibits, filed herewith and incorporated herein by reference. Thus, the Court's attention respectfully is directed to the Bank's Memorandum in Support of its Motion.

WHEREFORE, the Bank respectfully requests that its Motion for Summary Judgment be granted in its entirety, that judgment be entered in favor of the Bank and against Plaintiff in the above-captioned matter, that the Bank be awarded its costs in this matter including reasonable attorneys' fees, and that the Court grant the Bank such other and further relief as the Court deems just and proper.

Respectfully submitted,

_____/s/_____
Douglas M. Topolski
(Federal Bar No. 07844)

/s/
Elena D. Marcuss
(Federal Bar No. 25547)
McGuireWoods LLP
Seven St. Paul Street, Suite 1000
Baltimore, Maryland  21202

Attorneys for Defendant
Bank of America Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of November 2003, a copy of the foregoing Motion for Summary Judgment, Memorandum in Support of its Motion for Summary Judgment with Exhibits, and proposed Order were filed electronically and served by first-class mail, postage prepaid, on Counsel for Plaintiff:

Fatai A. Suleman, Esquire
Amorow & Kum, P.A.
7676 New Hampshire Avenue, Suite 315
Takoma Park, Maryland  20912.


/s/
Elena D. Marcuss

\\LAB\409120.1