IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| YEKEEN A. BELLO, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. AMD 03-CV-493 |
| BANK OF AMERICA CORPORATION, | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit 3 to Defendant's Memorandum in Support of its Motion for Summary Judgment, can only be converted to electronic format by scanning and is longer than 15 pages. The Exhibit will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

November 13, 2003                           /s/
Date                                         Elena D. Marcuss
                                             McGuireWoods LLP
                                             7 St. Paul Street, Suite 1000
                                             Baltimore, Maryland 21202
                                             410-659-4400

                                             Attorney for Defendant
                                             Bank of America Corporation