<u>Yekeen Bello v. Bank of America Corporation</u>, Civil Action No. AMD 03-CV-493
Defendant's Memorandum in Support of its Motion for Summary Judgment
**<u>EXHIBIT 4</u>**
Affidavit of Tynetta Robinson

## AFFIDAVIT OF TYNETTA G. ROBINSON

I, Tynetta G. Robinson, do hereby depose and swear as follows:

1. I am a witness of lawful age. I have personal knowledge of and am competent to testify to the matters stated in this affidavit.

2. I am currently an Associate Transition Specialist within Personnel Advisory Services of Bank of America (the "Bank") and been employed by Bank, or one of its predecessor banks, for 15 years. In this position, I am responsible for, among other things, assisting Bank management and associates with issues surrounding associates separation from the Bank and the Bank's Corporate Severance Program.

3. In June 2002, Yekeen Bello, an associate in Transaction Services in Baltimore, was offered severance package, including twenty weeks of pay, as part of the Corporate Severance Program in exchange for his execution of a General Release and Program Agreement. Mr. Bello never returned an executed copy of the Agreement.

_____
Tynetta G. Robinson

Pursuant to 28 U.S.C. Section 1746, I declare under the penalty of perjury that the foregoing is true and correct. Executed this 31st day of October, 2003.

_____
Tynetta G. Robinson

1