<u>Yekeen Bello v. Bank of America Corporation</u>, Civil Action No. AMD 03-CV-493
Defendant's Memorandum in Support of its Motion for Summary Judgment
**<u>EXHIBIT 5</u>**
Affidavit of Doniel Sutton

## AFFIDAVIT OF DONIEL SUTTON

I, Doniel Sutton, do hereby depose and swear as follows:

1. I am a witness of lawful age. I have personal knowledge of and am competent to testify to the matters stated in this affidavit.

2. I am currently a Personnel Manager with Bank of America (the "Bank"). In this position, I am responsible for, among other things, assist Bank management and associates in personnel issues. I have particular responsibility for Transactions Services. In this position, I am also familiar with and have access to the Bank's personnel records.

3. I have reviewed the Banks records and have identified the race and age in June 2002 of the following current and former associates. The Bank does not track or record the national origin of its associates.

| Name | Race | Age on June 12, 2002 |
| --- | --- | --- |
| Jennett Benda | Caucasian | 46 |
| Russell Callaway | African American | 20 |
| Regina Carter | African American | 38 |
| Tamara Jeffrey | African American | 23 |
| Ariel Johnson | African American | 19 |
| Dwight Jones | African American | 39 |
| Joyce Mapp | African American | 49 |
| Linda Napora | Caucasian | 38 |
| Diana Raymond | Caucasian | 21 |
| Sherillyn Rush | African American | 37 |
| Patricia Obi | African American | 46 |

_____
Doniel Sutton

Pursuant to 28 U.S.C. Section 1746, I declare under the penalty of perjury that the foregoing is true and correct. Executed this 31st day of October, 2003.

_____
Doniel Sutton