IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| YEKEEN A. BELLO | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civil Action No.: AMD 03-493 |
| BANK OF AMERICA CORPORATION | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S NOTICE OF FILING OF LENGTHY EXHIBITS**

Exhibits A through G, which are attachments to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment exist only in paper format and will be larger than 1.5 MB if scanned. They will be filed with the Clerk's Office in paper format. I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

        Respectfully submitted,

        _____
        Fatai A. Suleman, Esquire
        Bar #: 14431
        AMOROW & KUM, P.A.
        7676 New Hampshire Avenue
        Suite 315
        Takoma Park, MD 20912.
        Phone: 301 - 445 - 7800
        Fax: 301 - 408 - 0015.

        Plaintiff's Attorney.

December 1, 2003.