EXHIBIT 3

1   A   I don't know because they cut my pay
2   raise -- they give everybody pay raise. They didn't
3   give me.
4   Q   They didn't give you a pay raise?
5   A   They did not.
6   Q   They gave everybody else one?
7   A   Well, that is what I learned.
8   Q   Who did you learn that from?
9   A   From the men. The people working because
10  they are happy they put -- they give them some pay
11  raise. I said, "How about me?"
12  Q   Can you name anybody specifically?
13  A   No, I cannot. I don't remember their names
14  anymore.
15  Q   You don't know for a fact that everybody in
16  that department got a pay raise but you, do you?
17  A   I saw the people rejoicing. I don't know
18  how many people get. I know I didn't get it.
19  Q   You know -- so you saw -- you saw people
20  rejoicing. You don't know that's everybody.
21  A   Some. Some. I don't know what their names

```
 1   are.  I know just that they -- I don't know.
 2        Q    When do you usually get raises at the bank?
 3        A    We are supposed to get as what is said.  It
 4   should be every year.
 5        Q    Did you get one every year?
 6        A    I don't think so because when I look at my
 7   whatever.
 8        Q    After you left the bank, you filed a charge
 9   of discrimination, right?
10        A    That is true.
11        Q    Let me have this marked as Exhibit 10.
12             (Bello Deposition Exhibit Number 10 was
13   marked by the reporter.)
14        Q    Show you what has been marked as Exhibit --
15   I'm sorry.  Show you what has been marked as Exhibit
16   10.  Do you recognize that?
17        A    I saw my signature here.
18        Q    That's the charge of discrimination you
19   filed, isn't it?  Is that the charge of discrimination
20   you filed?
21        A    Yes.
```

```
 1   given like -- when they give -- every year they put on
 2   your table your achievement letter.  Like a -- they
 3   have sort of things.  Sometime they have a brochure you
 4   have to look at and choose what you want.  I always get
 5   something every year for being a good worker.  That is
 6   why I was surprised all you have been reading.
 7        Q    Did you get anything -- are you talking
 8   about awards?
 9        A    Yeah.
10        Q    Did you get any award that was not given to
11   anybody else?
12        A    I don't know.  But I always see it on my
13   table and they put my name.
14        Q    Are you talking about the pin and the
15   clock?
16        A    No.  Whole lot of things like badge.  Like
17   hat.  Like underwear with the bank's name.  All sort of
18   things.
19        Q    Did anybody not get those?
20        A    I don't know who get it.  I know I see one
21   and my name on it on my table.  That's all I know.
```

1  Q    But you don't know who else got them and
2  didn't get them?
3  A    I don't know.  I have no idea.
4  Q    Did you get any awards specifically
5  addressed to you commending you and nobody else for
6  good work?
7  A    I can't know that.  I'm not part of
8  management.  I'm just one of the workers.  Whatever I
9  see on my table with my name I know is mine.
10 Q    Now, let's get back to the question I was
11 asking.  "Plaintiff Bello complained about his said
12 permanent assignment to his supervisor" -- which is
13 Phyllis, correct?
14 A    Uh-huh.
15 Q    -- "and managers."  Who were the managers?
16 A    That is Diane and her secretary.
17 Q    And her secretary.
18 A    Uh-huh.
19 Q    Okay.  Anybody else?
20 A    I think that is the one I complained to.
21 Q    Paragraph fourteen.  You have --

1    (Bello Deposition Exhibit Number 12 was
2  marked by the reporter.)
3    Q    Mr. Bello, I'm showing you what has been
4  marked as Exhibit 12.  Can you tell me what this is?
5    A    Yes.
6    Q    Tell me what that is, please.
7    A    They send it -- this like congratulating
8  people for doing a good job.
9    Q    This is one of the awards you were speaking
10 about?
11   A    Well, I never saw this, so I don't know.
12 This is the first time --
13   Q    Well, you produced that to us, Mr. Bello.
14   A    Okay.  Yeah, this is the type of things
15 that is given, like --
16   Q    Those are given to everybody in the
17 department, right?
18   A    I don't know if it is everybody.  I saw one
19 on my table with my name.  I know it is mine.
20   Q    That's the kind -- that's one of the awards
21 that you were speaking about, right?

```
 1        A       It's one of the -- some of the things.
 2        Q       Let me show you Exhibit 12 -- 13.  I'm
 3   sorry.
 4                (Bello Deposition Exhibit Number 13 was
 5   marked by the reporter.)
 6        Q       Do you recognize that?
 7        A       Yes.  I received one of these.
 8        Q       That says NationsBank on it, correct?
 9        A       I don't know what.
10        Q       Take a look at it.
11        A       I don't know what bank, but I know I have
12   one of these.
13                MR. SULEMAN:  It says NationsBank.
14        Q       So that is another one of the awards that
15   you were speaking about isn't it?
16        A       I believe so, yeah.
17        Q       And you don't know whether you were the
18   only one who got that award or whether everybody --
19        A       I don't know.  The one I see on my table
20   with my name is what I know.  I don't go because
21   stripping machine is different -- a little bit -- the
```

```
 1  people in the reconcilement section there is a line

 2  between us.

 3       Q    Are there any -- you mentioned T-shirts,

 4  correct?

 5       A    Yes.  Something like that.  Bags.  Some

 6  bags sometimes.

 7       Q    Anything else?  A plaque with your name on

 8  it?

 9       A    I can't remember.

10       Q    What about cash awarded to you?  Do you

11  remember any of that?

12       A    Cash?

13       Q    Yes.  Money.

14       A    I don't think they awarded any money to me.

15       Q    Okay.

16       A    I don't know.  Maybe I forget.  I don't

17  know.  I can't remember.

18            MR TOPOLSKI:  Mark this.

19            (Bello Deposition Exhibit Number 14 was

20  marked by the reporter.)

21       Q    Showing you what has been marked as Exhibit
```

Congratulations on winning the President's Leadership Cup for 1999! We would like to convey our personal thanks for another outstanding year.

The enclosed pin is a token of our thanks for the leadership you and your teammates have demonstrated. We encourage you to wear it proudly. Please continue to focus on doing the right thing for your teammates, customers and Bank of America. With your help, we'll make this another great year!

Here's to a three-peat in 2000!

Kenneth D. Lewis
President and Chief Operating Officer

John Morton III
President, Mid-Atlantic Market



DEPOSITION
EXHIBIT 12
Bello
10-3-03
PENGAD 800-631-6989



