**EXHIBIT 9**

## AFFIDAVIT OF TYNETTA G. ROBINSON

I, Tynetta G. Robinson, do hereby depose and swear as follows:

1. I am a witness of lawful age. I have personal knowledge of and am competent to testify to the matters stated in this affidavit.

2. I am currently an Associate Transition Specialist within Personnel Advisory Services of Bank of America (the "Bank") and been employed by Bank, or one of its predecessor banks, for 15 years. In this position, I am responsible for, among other things, assisting Bank management and associates with issues surrounding associates separation from the Bank and the Bank's Corporate Severance Program.

3. The pool of individuals to be identified by position title and age on the Identification Data Sheet which is provided to an associate as part of the Corporate Severance Program is created using the Bank's company cost center and job code identifiers for the affected area from the Bank's personnel records. If the Bank's personnel records have not been properly updated, it is possible that an individual might be mistakenly included or left out. The Identification Data Sheet created from Yekeen Bello in June 2002 (a copy of which is attached hereto as Exhibit A) did not include Jennett Benda, Joyce Mapp, and Patricia Obi because they were listed under different job code and/or cost center identifiers. At the time, these individuals were 46, 49, and 46, respectively. Three individuals ages 19, 25, and 33 who were no longer with the Bank when the Identification Data Sheet was created were included in error.

_Tynetta Robinson_
Tynetta G. Robinson

Pursuant to 28 U.S.C. Section 1746, I declare under the penalty of perjury that the foregoing is true and correct. Executed this 10th day of December, 2003.

_Tynetta Robinson_
Tynetta G. Robinson

Date Prepared: 05/31/2002          **IDENTIFICATION DATA SHEET**                          PAGE: 1

                                                              Plan Number:         6212

| ELIGIBLE/SELECTED POSITION TITLES | AGE | NOT ELIGIBLE/NOT SELECTED POSITION TITLES | AGE |
|---|---|---|---|
| Associate Operations Rep | 58 | Associate Operations Rep | 23 |
| | | Associate Operations Rep | 39 |
| | | Associate Operations Rep | 38 |
| | | Associate Operations Rep | 25 |
| | | Associate Operations Rep | 19 |
| | | Associate Operations Rep | 21 |
| | | Associate Operations Rep | 32 |
| | | Associate Operations Rep | 19 |
| | | Associate Operations Rep | 20 |
| | | Associate Operations Rep | 38 |
| | | Associate Operations Rep | 37 |


EXHIBIT A