IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

YEKEEN A. BELLO,                          :
     Plaintiff                        :
                                           :
                                           :
     v.                               :    Civil No. AMD 03-493
                                           :
BANK OF AMERICA CORPORATION:
     Defendant                        :
                                  ...o0o...

ORDER

Pursuant to the foregoing Memorandum Opinion, and for the reasons stated therein, it is this 28th day of May, 2004, by the United States District Court for the District of Maryland, hereby ORDERED

(1)    That Defendant's Motion for Summary Judgment is GRANTED and judgment is entered in favor of Defendant and against Plaintiff; and

(2)    That the Clerk shall CLOSE THIS CASE.


                                           /s/
                                  Andre M. Davis
                                  United States District Judge