IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| YEKEEN A. BELLO, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. AMD 03-CV-493 |
| BANK OF AMERICA CORPORATION, | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## BANK OF AMERICA CORPORATION'S BILL OF COSTS

Defendant Bank of America Corporation (the "Bank"), through undersigned counsel and pursuant to Federal Rule of Civil Procedure 54(d) and Local Rule 109.1, respectfully submits this Bill of Costs in the amount of $938.50. A full itemization supported by Affidavit and the legal grounds supporting this Bill of Costs are fully set forth in the accompanying Memorandum in Support hereof, which is incorporated herein by reference.

WHEREFORE, the Bank requests that costs in the amount of $938.50 be taxed against Plaintiff.

Respectfully submitted,

      /s/
Douglas M. Topolski (Fed. Bar No. 07844)
Elena D. Marcuss (Fed. Bar No. 25547)
McGuireWoods LLP
Seven St. Paul Street, Suite 1000
Baltimore, Maryland 21202
(410) 659-4400

Attorneys for Defendant
Bank of America Corporation

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of June, 2004 a copy of Bank of America Corporation's Bill of Costs, the Memorandum in Support thereof with attached Exhibits, and proposed Order were mailed, first class, postage prepaid to counsel for Plaintiff:

> Fatai A. Suleman, Esquire
> Amorow & Kum, P.A.
> 7676 New Hampshire Avenue, Suite 315
> Takoma Park, Maryland  20912.

>                /s/
> Elena D. Marcuss

LAB\#504828