# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| YEKEEN A. BELLO, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. AMD 03-CV-493 |
| BANK OF AMERICA CORPORATION, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF ELENA D. MARCUSS IN SUPPORT OF BILL OF COSTS

I, Elena D. Marcuss, do hereby depose and swear as follows:

1. I am over 21 years of age and have personal knowledge of and am competent to testify to the matters stated herein. I am an associate with the law firm of McGuireWoods LLP.

2. McGuireWoods LLP represents Defendant Bank of America Corporation (the "Bank") in the above-captioned matter.

3. In connection with the defense of this matter, the Bank took the deposition of Yekeen Bello, the Plaintiff, on October 3, 2003. This deposition was necessarily obtained for use in this case and the Bank relied upon this deposition in its motion for summary judgment. The Court Reporter's invoice for Mr. Bello's deposition is in the amount of $938.50, exclusive of postage and handling. A true and accurate copy of the invoice from the Court Reporter is attached hereto as Exhibit 1.

Pursuant to 28 U.S.C. Section 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 10th day of June 2004.

_____/s/_____
Elena D. Marcuss

\\LAB\504831.1

# EXHIBIT 1

# GORE BROTHERS REPORTING & VIDEO CO.
*115 W. Mulberry Street*
*Baltimore, Maryland  21201*
*(410) 837-3027*
*Fax (410) 685-6361*
*Federal ID# 52-0845831*

```
DOUGLAS M. TOPOLSKI, ESQUIRE                June 7, 2004
McGUIRE WOODS, L.L.P.
7 ST. PAUL STREET - S/1000                  Invoice# 10069218
BALTIMORE, MARYLAND  21202
                                            Balance:        $.00
```

**Re:** NV NR BELLOvBANK OF AMERICA
   BALTO-DT
   *on* 10/03/03 *by* DAWN L. VENKER
**Billed:** 10/15/03

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| 290    PAGES @ $3.15 PER PAGE (ORIGINAL) | 913.50 |
| READING & SIGNING | 25.00 |
| POSTAGE & HANDLING | 7.50 |

FOR THE DEPOSITION OF YEKEEN A. BELLO
TAKEN ON OCTOBER 3, 2003

SIGNED ORDER FORM
ORIGINAL IS BEING READ AND SIGNED

```
                                    Sub Total:        946.00
                         - Payments/Credits:          946.00
      P l e a s e   R e m i t  - - - >  Total Due:      $.00
```

*WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES*
*INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS*