IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| YEKEEN A. BELLO, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. AMD 03-CV-493 |
| BANK OF AMERICA CORPORATION, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of Bank of America Corporation's Bill of Costs, the Memorandum in Support thereof with attached Exhibits, any response from Plaintiff, and all matters of record, it is by the Clerk this ___ day of _____, 2004,

ORDERED that the Plaintiff shall reimburse Bank of America Corporation for costs incurred in this matter in the amount of $938.50.

_____
Clerk, United States District Court
for the District of Maryland

\\LAB\504834.1