IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

YEKEEN A. BELLO                              :

        Plaintiff                          :

      vs.                                  :           CIVIL ACTION NO. AMD-03-493

BANK OF AMERICA CORPORATION                  :

        Defendant.                      :

..o0o..


# **O R D E R**


On May 28, 2004, Judge Andre M. Davis granted defendant Bank of America Corporation's ("Bank of America") motion for summary judgment.   Judgment was entered that same date.

On June 10, 2004, Bank of America electronically filed an itemized Bill of Costs pursuant to Fed. R. Civ. P. 54(d)(1) and 28 U.S.C. § 1920, seeking the award of $938.50 in court reporter fees associated with the taking of plaintiff's deposition on October 3, 2003.  (Paper No. 15.)  The taxation request was supported by affidavit and court reporter billing.  (*Id*.)   There being no opposition, allowable costs shall be awarded to the defendant in the amount of $913.50.[1]    Plaintiff shall remit costs payable to the defendant.


Dated this     6th     day of              July              , 2004.


                                /s/
                           Frances E. Kessler, Chief Deputy Clerk

---

[1]     Costs associated with the reading, signing, postage, and handling of the deposition are not recoverable.

for: Felicia Cannon, Clerk of the Court